James S. Muller, Bar No. 126071
LAW OFFICES OF JAMES S. MULLER
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010-2015
Telephone: (213) 381-3299
Fax: (213) 381-3581
jamesmullerlaw@sbcglobal.net

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

HERIBERTO RODRIGUEZ,

    Plaintiff,

vs.

COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S, and DOES 1 THROUGH 10,

    Defendants.

No. CV10 6342

**COMPLAINT FOR DAMAGES FOR VIOLATIONS OF FEDERAL CIVIL RIGHTS (EIGHTH AND FOURTEENTH AMENDMENT) 42 U.S.C. § 1983**

Plaintiff allege as follows:

### JURISDICTION AND VENUE

1.    The court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(3) (civil rights). Venue lies in the Central District of California, the judicial district in which the claim arose, pursuant to 28 U.S.C. § 1392(b).

### INTRODUCTION

2.    This is an action for money damages against defendants and arises out of a mass beating at Men's Central Jail on August 25, 2008. Plaintiff, along

with fifteen to thirty other jail inmates, either refused to leave their cells in protest of the earlier beating of another inmate or were not given a chance to leave. Defendants' extracted plaintiff, along with other "high power" module inmates, with such extreme and excessive force that eight inmates had to be hospitalized for injuries which included several concussions, a fractured leg, a fractured arm and an orbital fracture, a nasal fracture, and seizures. Plaintiff and the other inmates were beaten 3 weeks after Deputy Juan Escalante, who worked in the "high power" module was killed outside his home in Cypress Park. Prior to the beatings jail deputies told inmates that they were going to beat or kill Hispanic gang members because they (wrongly) believed that a jail inmate had placed a hit on Deputy Escalante. (This theory appears to have been incorrect as the men arrested for Deputy Escalante's death are believed to have mistaken him for a rival gang member.)

## PARTIES

3.  Plaintiff Heriberto Rodriguez is a competent adult. He was at all times relevant hereto a resident of the County of Los Angeles, California.

4.  Defendant COUNTY OF LOS ANGELES ("COUNTY") is a county operating pursuant to the laws of the State of California.

5.  Defendant LOS ANGELES SHERIFF'S DEPARTMENT ("SHERIFF'S DEPARTMENT") is a local government entity created under the laws of the state of California and an agency of defendant COUNTY. The SHERIFF'S DEPARTMENT is responsible for operating the Los Angeles County jail facilities, including promulgating policies and procedures at those facilities.

6.  Defendant*.

7.  Defendants whose names and identities are unknown are sued herein under the names Does 1 to 10 (hereinafter "Does"). Plaintiff is informed and believes and on that basis alleges that the Doe defendants are responsible in some manner for the damages and injuries hereinafter complained of. Plaintiff will

amend this complaint and give notice to the Doe defendants upon learning of their names and capacities.

8. Plaintiff is informed and believes and on that basis alleges that at all times herein mentioned, each defendant was the agent, servant and employee of the other defendants and were acting at all times within the scope of their agency and employment and with the knowledge and consent of their principal and employer. At all times herein, defendants, and each of them, were acting under the color of state law.

## CLAIM FOR RELIEF
## EIGHTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION – 42 U.S.C. § 1983

9. Plaintiff hereby re-alleges and incorporates paragraphs 1 through 8, inclusive, of this Complaint as though each allegation was set forth at length herein.

10. On August 25, 2008 plaintiff was an inmate at Men's Central Jail in Module 3300, Cell B-10. On that date, inmates refused to leave their cells in protest of the beating of another inmate. A cell extraction team in full riot gear came to plaintiff's cell. Plaintiff laid on the floor of his cell and did not respond to deputy commands and covered himself with a mattress. Deputies fired projectiles at his ankles and legs which struck him three to six times. Deputies then entered plaintiff's cell and began to kick him all over his body as he was laid prone on the floor of his cell. One deputy pulled plaintiff's shirt tight around his neck and began to choke him. Deputies kicked and punched plaintiff until he was choked into unconsciousness. Plaintiff was then literally shocked back to consciousness by the use of a Taser. Deputies continued to apply the Taser until its entire charge was extinguished. The deputies then used the fully charged Taser to shock plaintiff on his testicles, armpits, back, buttocks, and the backs of

his knees. One of the deputies had his knee on plaintiff's right elbow and applied pressure in what plaintiff perceived was an attempt to break his arm. Towards the end of the beating a deputy clubbed plaintiff in the head with a flashlight which opened up a bloody wound.

11. Plaintiff sues for violations to the Eighth Amendment to the United States Constitution by defendants who subjected plaintiff to brutal and gratuitous force which was unnecessary for any legitimate penal interest and amounted to punishment.

12. Plaintiff sues for violations to the Fourteenth Amendment to the United States Constitution right to be free from gratuitous and excessive force and punishment, and the Fourteenth Amendment right to due process of law.

13. Plaintiff and those acting on his behalf attempted to exhaust administrative remedies, however, defendants refused to take or respond to the complaints and the complaints of others who were injured during the mass beatings of August 25, 2008 and also threatened at least one victim who tried to complain.

14. At all times herein mentioned, the COUNTY OF LOS ANGELES and the SHERIFF'S DEPARTMENT authorized and ratified the wrongful acts of the individual defendants. The individual defendants' wrongful conduct was the result of policies, practices and customs of the aforementioned defendants to subject persons to outrageous and unreasonable seizures and dehumanizing abuse and to coverup incidents of excessive force by its deputies. Furthermore, plaintiff's constitutional rights were violated as a proximate result of the aforementioned defendants' deliberate indifference in the training and supervision of its officers. Defendants are also liable for the failure to train their employees where the failure to train amounts to deliberate indifference to the rights of inmates, such as plaintiff with whom those employees are likely to come into contact.

15. The defendants acted in reckless disregard for plaintiff's rights constituting willful violations of the Eighth and Fourteenth Amendments to the Constitution of the United States.

16. As a direct and proximate result of defendants' foregoing wrongful acts, plaintiff has been hurt and injured in his health, strength, activity and nervous system, including the breaking of a tablespoon-sized piece of his skull, all of which have caused and continue to cause him great mental, physical and nervous pain and suffering, humiliation, hardship, anxiety, distress and anguish.

17. In doing the foregoing wrongful acts, defendants acted in reckless and callous disregard for the constitutional rights of plaintiff. The wrongful acts were willful, oppressive, fraudulent and malicious, thus warranting the award of punitive damages against each individual defendant (but not the entity defendants, which are immune from such damages) in an amount adequate to punish the wrongdoers and deter future misconduct.

## PRAYER

WHEREFORE, plaintiff prays for judgment as follows:

(a) Compensatory general and special damages according to proof;

(b) Exemplary and/or punitive damages against the individual defendants, according to proof;

(c) Reasonable attorneys' fees and expenses of litigation as provided for by 42 U.S.C. § 1988 and whatever other provision of law may be applicable;

(d) Costs of suit necessarily incurred herein; and,

(e) Such further relief as the court deems just or proper.

Dated: August 25, 2010                LAW OFFICES OF JAMES S. MULLER

By _____
James S. Muller
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

**CV10- 6342 CBM (AJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
James S. Muller, Bar No. 126071
LAW OFFICES OF JAMES S. MULLER
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010-2015
Telephone: (213) 381-3299; Fax (213) 381-3581

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HERBIERTO RODRIGUEZ, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV10 6342 CBM (AJWx) |
| COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S, and DOES 1 THROUGH 10, | **SUMMONS** |
| DEFENDANT(S). | |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _James S. Muller_, whose address is _3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010-2015_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUG 25__      By: _____
                              Deputy Clerk

                              (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                  SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Herbierto Rodriguez | County of Los Angeles, Los Angeles Sheriff's, and DOES 1 through 10 |

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

James S. Muller, Bar No. 126071, LAW OFFICES OF JAMES S. MULLER
3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010-2015
(213) 381-3299

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ MONEY DEMANDED IN COMPLAINT: $ According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. Section 1983, Excessive Force and Denial of Medical Care

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 442 Employment | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☑ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV10 6342

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): CV10-0025

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
  ☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
  ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date August 25, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |