1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERIBERTO RODRIGUEZ, CARLOS FLORES, ERICK NUNEZ, JUAN CARLOS SANCHEZ, and JUAN TRINIDAD, | No. CV 10-6342 CBM(AJWx) |
| Plaintiffs, | **JUDGMENT [JS-6]** |
| vs. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

This action came on for trial before the Court and a jury, the Honorable
Consuelo B. Marshall, presiding. The issues having been duly tried, the jury having
duly rendered its verdict, and the Defendants named below having been found
liable,

JUDGMENT

IT IS ORDERED AND ADJUDGED:

**Plaintiff Heriberto Rodriguez**

1. That Judment is entered in favor of Plaintiff Heriberto Rodriguez against Defendants, the County of Los Angeles, Daniel Cruz, Lieutenant Christopher Blasnek, Sergeant Michel McGrattan, Deputy Francisco Alonso, Deputy Clayton Stelter, Deputy Joseph Sanford and Deputy Alejandro Hernandez-Castanon, for violating Plaintiff Heriberto Rodriguez's Fourteenth Amendment right to be free from excessive force under 42 U.S.C. § 1983, to recover jointly and severally the sum of $90,000.00, with interest thereon at the rate provided by law;

2. That Judgment is entered in favor of Plaintiff Heriberto Rodriguez against Defendant Daniel Cruz, to recover punitive damages, in the sum of $15,000.00, with interest thereon at the rate provided by law;

3. That is entered in favor of Plaintiff Heriberto Rodriguez against Defendant Lieutenant Christopher Blasnek, to recover punitive damages, in the sum of $12,000.00, with interest thereon at the rate provided by law;

4. That Judgment is entered in favor of Plaintiff Heriberto Rodriguez  from Defendant Sergeant Michel McGrattan, to recover punitive damages, in the sum of $10,000.00, with interest thereon at the rate provided by law; and

5. That Judgment is entered in favor of Defendants Matthew Nowotny, Antonio Galindo, Adolph Esqueda and Matthew Thomas against Plaintiff Heriberto Rodriguez for the 42 U.S.C. § 1983 claim.

**Plaintiff Juan Carlos Sanchez**

1. That Judgment is entered in favor of  Plaintiff Juan Carlos Sanchez against Defendants, the County of Los Angeles, Daniel Cruz, Lieutenant Christopher Blasnek, Sergeant Michel McGrattan, Deputy Francisco

Alonso, Deputy Adolph Esqueda, Deputy Matthew Thomas, Deputy Joseph Sanford and Deputy Alejandro Hernandez-Castanon, for violating Plaintiff Carlos Sanchez's Eighth Amendment right not to be subjected to cruel and unusual punishment under 42 U.S.C. § 1983 and California Civil Code §52.1 (excluding the County of Los Angeles on California Civil Code §52.1), to recover jointly and severally the sum of $200,000.00, with interest thereon at the rate provided by law;

2. That Judgment is entered in favor of Plaintiff Juan Carlos Sanchez against Defendant Daniel Cruz, to recover punitive damages, in the sum of $15,000.00, with interest thereon at the rate provided by law;

3. That Judgment is entered in favor of Plaintiff Juan Carlos Sanchez against Defendant Lieutenant Christopher Blasnek, to recover punitive damages, in the sum of $12,000.00, with interest thereon at the rate provided by law;

4. That Judgment is entered in favor of Plaintiff Juan Carlos Sanchez against Defendant Sergeant Michel McGrattan, to recover punitive damages, in the sum of $10,000.00, with interest thereon at the rate provided by law; and

5. That Judgment is entered in favor of Defendants Matthew Nowotny, Antonio Galindo and Clayton Stelter against Plaintiff Juan Carlos Sanchez for the 42 U.S.C. § 1983 and California Civil Code §52.1 claims.

**Plaintiff Erick Nunez**

1. That Judgment is entered in favor of Plaintiff Erick Nunez against Defendants, the County of Los Angeles, Daniel Cruz, Lieutenant Christopher Blasnek, Sergeant Michel McGrattan, Deputy Francisco Alonso, Deputy Matthew Thomas, Deputy Clayton Stelter, Deputy Joseph Sanford and Deputy Alejandro Hernandez-Castanon, for violating

Plaintiff Erick Nunez's Eighth Amendment right not to be subjected to cruel and unusual punishment under 42 U.S.C. § 1983 and California Civil Code §52.1 (excluding the County of Los Angeles on California Civil Code §52.1), to recover jointly and severally the sum of $100,000.00, with interest thereon at the rate provided by law;

2. That Judgment is entered in favor of Plaintiff Erick Nunez against Defendant Daniel Cruz, to recover punitive damages, in the sum of $15,000.00, with interest thereon at the rate provided by law;

3. That Judgment is entered in favor of Plaintiff Erick Nunez against Defendant Lieutenant Christopher Blasnek, to recover punitive damages, in the sum of $12,000.00, with interest thereon at the rate provided by law;

4. That Judgment is entered in favor of Plaintiff Erick Nunez against Defendant Sergeant Michel McGrattan, to recover punitive damages, in the sum of $10,000.00, with interest thereon at the rate provided by law; and

5. That Judgment is entered in favor of Defendants Matthew Nowotny, Antonio Galindo and Adolph Esqueda against Plaintiff Erick Nunez for the 42 U.S.C. § 1983 and California Civil Code §52.1 claims.

**Plaintiff Carlos Flores**

1. That Judgment is entered in favor of Plaintiff Carlos Flores against Defendants, the County of Los Angeles, Daniel Cruz, Lieutenant Christopher Blasnek, Sergeant Matthew Onhemus, Deputy Andrew Lyons, Deputy Javier Guzman, Deputy Hernan Delgado, and Deputy Justin Bravo, for violating Plaintiff Carlos Flores' Eighth Amendment right not to be subjected to cruel and unusual punishment under 42 U.S.C. § 1983 and California Civil Code §52.1 (excluding the County of

Los Angeles on California Civil Code §52.1), to recover jointly and severally the sum of $200,000.00, with interest thereon at the rate provided by law;

2. That Judgment is entered in favor of Plaintiff Carlos Flores against Defendant Daniel Cruz,  to recover punitive damages, in the sum of $15,000.00, with interest thereon at the rate provided by law;

3. That Judgment is entered in favor of Plaintiff Carlos Flores against Defendant Lieutenant Christopher Blasnek,  to recover punitive damages, in the sum of $12,000.00, with interest thereon at the rate provided by law;

4. That Judgment is entered in favor of  Plaintiff Carlos Flores against Defendant Sergeant Matthew Onhemus, to recover punitive damages, in the sum of $30,000.00, with interest thereon at the rate provided by law;

5. That Judgment is entered in favor of Defendants Carlos Ortega, Adrian Ruiz and Clayton Stelter against Plaintiff Carlos Flores; and

6. That Judgment is entered as a matter of law under FRCP Rule 50 in favor of Defendant Armando Gonzalez against Plaintiff Carlos Flores.

**Plaintiff Juan Trinidad**

1. That Judgment is entered in favor of Plaintiff Juan Trinidad against Defendants, the County of Los Angeles, Daniel Cruz, Lieutenant Christopher Blasnek, Sergeant Kelley Washington, Deputy Michael Frazier, Deputy Blake Orlandos, Deputy Nicholas Graham, and Deputy Hector Vazquez, for violating Plaintiff Heriberto Rodriguez's Eighth Amendment right not to be subjected to cruel and unusual punishment under 42 U.S.C. § 1983 and California Civil Code §52.1 (excluding the County of Los Angeles on California Civil Code §52.1), to recover jointly and severally the sum of $150,000.00, with interest thereon at

1    the rate provided by law;

2    2.  That Judgment is entered in favor of Plaintiff Juan Trinidad against

3        Defendant Daniel Cruz, to recover punitive damages, in the sum of

4        $15,000.00, with interest thereon at the rate provided by law;

5    3.  That Judgment is entered in favor of Plaintiff Juan Trinidad against

6        Defendant Lieutenant Christopher Blasnek, to recover punitive

7        damages, in the sum of $12,000.00, with interest thereon at the rate

8        provided by law;

9    4.  That Judgment is entered in favor of Plaintiff Juan Trinidad against

10       Defendant Sergeant Kelley Wahshington, to recover punitive damages,

11       in the sum of $15,000.00, with interest thereon at the rate provided by

12       law; and

13   5.  That Judgment is entered in favor of Defendants Ivan Delatorre, Arthur

14       Diaz, Jr., Enrique Cano and John McNicholas against Plaintiff Juan

15       Trinidad.

16

17       Any motion for attorney's fees or application to tax costs shall be filed in

18   accordance with the Federal Rules of Civil Procedure and/or Local Rules following

19   the entry of Judgment by the Court.

20

21

22   DATED: February 5, 2014      By_____

23                                HONORABLE CONSUELO B. MARSHALL
                                  United States District Judge

24

25

26

27

28