RONALD O. KAYE (No.145051)
E-mail: rok@kmbllaw.com
BARRETT S. LITT (SBN 45527)
DAVID S. McLANE (No. 124952)
KEVIN LaHUE (No. 237556)
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

JAMES S. MULLER (No. 126071)
E-mail: jamesmullerlaw@att.net
LAW OFFICES OF JAMES S. MULLER
225 East Broadway, Suite 107F
Glendale, California 91205
Telephone: (818) 536-7922
Fax: (818) 536-7499

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERIBERTO RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al. <br><br> Defendants. | Case No. CV 10-6342 CBM (AJWx) <br><br> **DECLARATION OF WILLIAM J. GENEGO IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** <br><br> Date:     June 16, 2014 <br> Time:    TBD <br> Ctrm:    2 (Spring St.) |

## Declaration of William J. Genego

I, William J. Genego, declare as follows:

1. I am attorney licensed to practice law by the State Bar of California, and my office is located in Santa Monica, California.

2. It is my understanding that this declaration is to be filed with an application by Ronald Kaye for attorney fees for the representation he provided the Plaintiffs in *Rodriguez v. County of Los Angeles*, CV 10-6342 CBM (AJWx), and that the purpose of the declaration is to provide the Court with information to assist it in determining the reasonable hourly rate within the Los Angeles legal community commensurate with an attorney of Mr. Kaye's experience, ability and reputation for complex federal civil rights litigation.

3. I was first admitted to practice in 1975 in the District of Columbia Bar, after graduating from Yale Law School where I was an editor of the Yale Law Journal. I was a fellow in the E. Barrett Prettyman Program at Georgetown University Law Center from 1975 to 1977, where I was trained and engaged in the prosecution and defense of criminal cases. In 1977, I was appointed Deputy Director of the Prettyman Program and an Adjunct Professor at Georgetown Law Center. As Deputy Director and an Adjunct Professor, I trained and supervised graduate fellows and third year law students in defending criminal cases in the District of Columbia courts.

4. I was appointed to the faculty of the USC School of Law in 1981, first as an assistant clinical professor, and thereafter as an associate clinical professor and a full clinical professor in 1985. In addition to teaching criminal procedure and evidence, I trained and supervised law students in the USC Post-Conviction Justice Project which provided representation to indigent inmates in federal post-conviction litigation and Ninth Circuit appeals. Throughout my time at USC, I worked with the ACLU and other public

interest groups in civil rights litigation, including cases involving First Amendment issues, police spying, national security and immigration.

5. In 1990 I left full time teaching for private practice and have been actively engaged in private practice in the Los Angeles area since that time. From 1990 to 2001 I had my own firm, from 2001 to 2011 I was a partner in Nasatir, Hirsch, Podberesky and Genego, and since 2012 I have had my own firm. My primary areas of practice are criminal defense, appeals, wrongful conviction cases, civil rights litigation and class actions.

6. I met Ron Kaye when he was a Deputy Federal Public Defender, and have been in regular contact with him on a professional basis since that time. Even in the early stages of his career, Mr. Kaye was rightly known as a passionate and exceptionally talented lawyer, and the recognition of his skills and abilities within the legal community has continued to grow since that time.

7. I gladly began referring cases to Mr. Kaye as soon as he entered private practice, and on those occasions would receive extraordinary positive feedback from the people I had referred to him. On occasion I would consult with him on those matters after he took them on. In my work with Mr. Kaye in that context I observed first-hand the dedication, strategic judgment and intellect for which he is known.

8. I continue to regularly consult with Mr. Kaye about cases and legal issues and truly value his insight and judgment.

9. In sum, Mr. Kaye has a well-deserved and hard-earned reputation in the legal community as an experienced, highly skilled and unusually effective litigator and an all-around outstanding lawyer. While he initially was known for his work as a criminal defense lawyer, he has since developed a well-deserved reputation as one of the top civil rights lawyers in Los Angeles.

10. Based on the foregoing, it is my opinion that Mr. Kaye's hourly rate should be commensurate with the rate for the leading lawyers in the Los Angeles community handling complex federal civil litigation.

I declare that the foregoing is true and correct.

Signed this 5th day of January, 2014 at Santa Monica, California.

_____
William J. Genego