RONALD O. KAYE (No.145051)
E-mail: rok@kmbllaw.com
BARRETT S. LITT (SBN 45527)
DAVID S. McLANE (No. 124952)
KEVIN LaHUE (No. 237556)
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

JAMES S. MULLER (No. 126071)
E-mail: jamesmullerlaw@att.net
LAW OFFICES OF JAMES S. MULLER
225 East Broadway, Suite 107F
Glendale, California 91205
Telephone: (818) 536-7922
Fax: (818) 536-7499

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO RODRIGUEZ, et al., | Case No. CV 10-6342 CBM (AJWx) |
| Plaintiffs, | **DECLARATION SEAN KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** |
| vs. | |
| COUNTY OF LOS ANGELES, et al. | Date:  June 16, 2014<br>Time:  TBD<br>Ctrm:  2 (Spring St.) |
| Defendants. | |

SEAN KENNEDY [Bar No. 145632]
FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender
321 East Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-5063
Facsimile:   213) 894-0081
Email:       sean_kennedy@fd.org

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO RODRIGUEZ et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al, <br><br> Defendants. | CASE NO. CV 10-6342 CBM (AJWx) <br><br> **DECLARATION OF SEAN KENNEDY INSUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** <br><br> Date:  June 16, 2014 <br> Time:  [to be set by court] <br> Ctrm: 2 (Spring St.) |

  1. I am an attorney licensed to practice in all courts in the State of California. The facts contained herein are based upon my own personal knowledge, except as to any matters stated on information and belief.  If called to court to testify, I could and would competently testify to these same facts.

  2. This Declaration is submitted in support of Plaintiffs' request for attorney's fees pursuant to 42 U.S.C. § 1988(b) and Rule 54(d)(2) of the Federal Rules of Civil Procedure, which allows for the recovery of attorneys' fees to plaintiffs who have successfully prosecuted cases based on violations of civil rights

under 42 U.S.C. § 1983. This declaration addresses plaintiffs' requests for fees for David S. McLane's legal work in this case.

3. I am the Federal Public Defender for the Central District of California, and I was originally appointed in 2006, and re-appointed in 2011. I have been with the Federal Public Defender's office since 1992. I practice in the area of federal criminal defense, and I have federal civil experience as the head of a federal government office as well as through my habeas corpus representation of capital and non-capital habeas petitioners.

4. I received my Juris Doctorate degree from Loyola Law School in Los Angeles, California in 1989. I was admitted to the State Bar of California in 1989 and have practiced for approximately 25 years. Following my admission to the California Bar, I was employed as associate attorney with Talcott, Lightfoot, Vandevelde, Woehrle & Sadowsky. I worked there two years, and my practice centered on state and federal criminal defense and federal civil litigation. I worked directly under Michael Lightfoot, who mentored me in the practice of criminal defense. In January 1992, I became a deputy federal public defender for the Central District of California. I started out in the trial unit, and eventually transferred to the appellate unit and then to capital habeas unit. I have represented many defendants who faced federal capital prosecution as well as condemned inmates collaterally attacking their state conviction and sentence of death. I have argued capital cases in the California Supreme Court, the Ninth Circuit and the United States Supreme Court. In 2000, I became Chief Deputy of the habeas unit. In that unit, I supervised up to 25 attorneys who were representing capital and non-capital habeas petitioners. I became familiar with the work of many attorneys while supervising them, and believe I developed good judgment in determining which attorneys performed at the highest standards for their clients.

5. In 2006, I was appointed the Federal Public Defender for the Central District of California by the Ninth Circuit. In that capacity, I manage the budget for the Office of the Federal Public Defender, which represents approximately 3,800 clients per year, and supervise up to 100 deputy federal public defenders in the trial, appeal, and capital habeas units in all three divisions of the Central District. I participate in all personnel matters, and spend a great deal of time evaluating the skills and performance of each attorney through annual reviews. I also participate in the training of attorneys for the Federal Public Defender, and have spent extensive time across the country training and conducting seminars on capital habeas representation. In 2013, I was recognized as the defense attorney of the year by the Los Angeles County Bar Association. Thus, I believe I have the knowledge and experience to give my opinion on the quality of legal work of David S. McLane, who asked me to provide a declaration in this matter.

6. I am familiar with the range of skill and experience exhibited by the attorneys who practice in the areas of federal civil and criminal litigation, and I can attest with certainty that Mr. McLane is a professional and skilled plaintiff's attorney. I worked with him at the Federal Public Defender from 1992 to when he left the office in 2003. I am aware of his work and his reputation. Mr. McLane has extensive trial experience and is known in the legal community to be a very experienced and effective litigator in federal court.

7. I have particular knowledge of Mr. McLane's work in area of federal civil rights. I was appointed counsel for Thomas Goldstein in a federal habeas proceeding in which he collaterally attacked a conviction and life sentence for first-degree murder. *Goldstein v. Harris*, CV 98-5035-DT. Goldstein was eventually exonerated and released from prison after serving 24 years in prison for a murder he did not commit. I knew that Mr. McLane was in private practice and was interested in civil rights work, so I referred Goldstein to Mr. McLane and his partners

1  regarding a possible civil rights suit against the state actors who participated in the
2  wrongful conviction.  Mr. McLane, along with Ronald O. Kaye, represented Mr.
3  Goldstein and their firm, Kaye, McLane & Bednarski, LLP, later associated in Barry
4  Litt to represent Mr. Goldstein.  I was represented by Mr. McLane personally when
5  the defendants took my deposition.  I also understand that Mr. Goldstein received a
6  multi-million dollar settlement against the City of Long Beach and certain
7  individual Long Beach Police officers, and Mr. McLane, along with Ron Kaye and
8  Barry Litt, received the CLAY award for their representation of Mr. Goldstein.
9  Being familiar with his work on that case and the facts involved in it, *Goldstein v.*
10 *City of Long Beach, Los Angeles County,* et al., CV 04-09692-PA, I know that it
11 required high legal skill to represent Mr. Goldstein, and I personally observed Mr.
12 McLane's great legal skill in that matter.  I also understand that after the settlement
13 against the City of Long Beach, they are still involved in pursuing a civil claim
14 against the County of Los Angeles, based on a novel legal theory that the County
15 violated its administrative duties by not maintaining a central index of jailhouse
16 informant information that violated Mr. Goldstein's rights under *Giglio* and *Brady*.
17 I also understand that Mr. McLane was personally responsible for litigating before
18 Judge Matz, and obtaining an order, in a published decision that required the County
19 of Los Angeles Superior Court to turn over secret grand jury materials to assist in
20 their claims.  I also know that Mr. McLane was involved in litigation in this case
21 before both the California Supreme Court, and the United States Supreme Court,
22 and that he is admitted to the Ninth Circuit and Supreme Court bars.

23       8.    I also understand that Mr. McLane has continued with his civil rights
24 practice, and is representing various civil litigants with regards to wrongful
25 convictions.  I know for a fact that he is representing plaintiffs in *Obie Anthony v.*
26 *City of Los Angeles, et al.*, 12-1332-CBM, and the *County of Los Angeles*, 13-7224-
27 CBM, which is a complicated false conviction case.

28 DECLARATION OF SEAN KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
4

9. Based upon my experience, including that set forth above, it is my opinion that Mr. McLane's hourly rate should be commensurate with the rate for the leading Lawyers in the Los Angeles community handling complex federal civil litigation. Mr. McLane has been a licensed attorney since 1986, and has substantial criminal federal court and trial experience as a result of being a Federal Public Defender from 1990 to 2003, and subsequently, leaving the Federal Public Defender's office and forming his own firm where his practice has focused on federal criminal defense and federal civil rights work. Based on my personal experience and work with Mr. McLane, I would submit he is one of the most experienced and skilled litigators in federal court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct based upon my personal knowledge under the laws of the State of California, and if called upon to do so, could and would testify competently to the matters stated herein.

Date: March 16, 2014        _/S/ SEAN K. KENNEDY_____
                            Sean K. Kennedy [electronic signature]

DECLARATION OF SEAN KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

5