# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO RODRIGUEZ, CARLOS FLORES, ERICK NUNEZ, JUAN CARLOS SANCHEZ, and JUAN TRINIDAD,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | No. CV 10-6342 CBM(AJWx)<br><br>**AMENDED JUDGMENT [817]** |

This action came for trial before the Court and a jury, the Honorable Consuelo B. Marshall, presiding. The issues having been duly tried, the jury having duly rendered its verdict, and the Defendants named below having been found liable, the Court issued judgment on February 5, 2014 (Dkt. No. 626). Thereafter, the judgment was affirmed on appeal (Dkt. No. 808), and the Court awarded attorneys' fees and costs to the prevailing Plaintiffs (Dkt. Nos. 720, 740, 749, 757). The parties having settled Plaintiffs' claims for post-appeal fees and costs and having stipulated to the amount of post-judgment interest owing to Plaintiffs for the unpaid damages and attorneys' fees and costs through November 21, 2018,

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Judgment entered on February 5, 2014 ("Judgment") is incorporated herein by reference and amended as stated in this amended judgment.

2. Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Michel McGrattan, Matthew Onhemus, Kelley Washington, Francisco Alonso, Clayton Stelter, Joseph Sanford, Alejandro Hernandez-Castanon, Adolph Esqueda, Matthew Thomas, Andrew Lyons, Javier Guzman, Hernan Delgado, Justin Bravo, Michael Frazier, Blake Orlandos, Nicholas Graham, and Hector Vazquez, having been found liable and having had judgments entered against them based on the jury verdict, are hereby ordered to pay post-judgment interest and attorneys' fees and costs as set forth in this Amended Judgment.

3. Judgment is hereby entered in favor of Plaintiff Heriberto Rodriguez against the defendants listed in the chart below to recover damages and post-judgment interest in the following amounts, calculated from the date of the Judgment (February 5, 2014) to November 21, 2018 at a rate of 0.11%:

| Judgment Amount - Rodriguez | Interest | Total |
|---|---|---|
| $90,000.00 in compensatory damages, jointly and severally against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Michel McGratten, Francisco | $475.66 | $90,475.66 |

| Judgment Amount - Rodriguez | Interest | Total |
|---|---|---|
| Alonso, Clayton Stelter, Joseph Sanford, and Alejandro Hernandez-Castanon | | |
| $15,000.00 in punitive damages against Defendant Daniel Cruz | $79.28 | $15,079.28 |
| $12,000 in punitive damages against Defendant Christopher Blasnek | $63.42 | $12,063.42 |
| $10,000 in punitive damages against Defendant Michel McGrattan | $52.85 | $10,052.85 |
| **TOTAL (including damages and interest):** | | $127,671.21 |

4. Judgment is hereby entered in favor of Plaintiff Juan Carlos Sanchez against the defendants listed in the chart below to recover damages and post-judgment interest in the following amounts, calculated from the date of the Judgment (February 5, 2014) to November 21, 2018 at a rate of 0.11%:

| Judgment Amount - Sanchez | Interest | Total |
|---|---|---|
| $200,000.00 in compensatory damages, jointly and severally, against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Michel McGratten, Francisco Alonso, Adolph Esqueda, Matthew Thomas, Joseph Sanford, and Alejandro Hernandez-Castanon | $1,057.02 | $201,057.02 |
| $15,000.00 in punitive damages against Defendant Daniel Cruz | $79.28 | $15,079.28 |
| $12,000 in punitive damages against Defendant Christopher Blasnek | $63.42 | $12,063.42 |
| $10,000 in punitive damages against Defendant Michel McGrattan | $52.85 | $10,052.85 |
| **TOTAL (including damages and interest):** | | $238,252.57 |

5. Judgment is hereby entered in favor of Plaintiff Erick Nunez against the defendants listed in the chart below to recover damages and post-judgment interest in the following amounts, calculated from the date of the Judgment (February 5, 2014) to November 21, 2018 at a rate of 0.11%:

| Judgment Amount - Nunez | Interest | Total |
|---|---|---|
| $100,000.00 in compensatory damages, jointly and severally, against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Michel McGratten, Francisco Alonso, Matthew Thomas, Clayton Stelter, Joseph Sanford, and Alejandro Hernandez-Castanon | $528.51 | $100,528.51 |
| $15,000.00 in punitive damages against Defendant Daniel Cruz | $79.28 | $15,079.28 |
| $12,000 in punitive damages against Defendant Christopher Blasnek | $63.42 | $12,063.42 |
| $10,000 in punitive damages against Defendant Michel McGrattan | $52.85 | $10,052.85 |
| **TOTAL (including damages and interest):** | | $137,724.06 |

6.  Judgment is hereby entered in favor of Plaintiff Carlos Flores against the defendants listed in the chart below to recover damages and post-judgment interest in the following amounts, calculated from the date of the Judgment (February 5, 2014) to November 21, 2018 at a rate of 0.11%:

| Judgment Amount - Flores | Interest | Total |
|---|---|---|
| $200,000.00 in compensatory damages, jointly and severally, against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Matthew Onhemus, Andrew Lyons, Javier Guzman, Hernan Delgado, and Justin Bravo | $1,057.02 | $201,057.02 |
| $15,000.00 in punitive damages against Defendant Daniel Cruz | $79.28 | $15,079.28 |
| $12,000 in punitive damages against Defendant Christopher Blasnek | $63.42 | $12,063.42 |
| $30,000 in punitive damages against Defendant Matthew Onhemus | $158.55 | $30,158.55 |
| **TOTAL (including damages and interest):** | | $258,358.27 |

7.  Judgment is hereby entered in favor of Plaintiff Juan Trinidad against the defendants listed in the chart below to recover damages and post-judgment

interest in the following amounts, calculated from the date of the Judgment (February 5, 2014) to November 21, 2018 at a rate of 0.11%:

| Judgment Amount - Trinidad | Interest | Total |
|---|---|---|
| $150,000.00 in compensatory damages, jointly and severally, against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Kelley Washington, Michael Frazier, Blake Orlandos, Nicholas Graham, and Hector Vazquez | $792.76 | $150,792.76 |
| $15,000.00 in punitive damages against Defendant Daniel Cruz | $79.28 | $15,079.28 |
| $12,000 in punitive damages against Defendant Christopher Blasnek | $63.42 | $12,063.42 |
| $15,000 in punitive damages against Defendant Kelley Washington | $79.28 | $15,079.28 |
| **TOTAL (including damages and interest):** | | $193,014.74 |

8. Judgment is hereby entered in favor of Plaintiffs Heriberto Rodriguez, Juan Carlos Sanchez, Erick Nunez, Carlos Flores, and Juan Trinidad against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Michel McGrattan, Matthew Onhemus, Kelley Washington, Francisco Alonso, Clayton Stelter, Joseph Sanford, Alejandro Hernandez-Castanon, Adolph Esqueda, Matthew Thomas, Andrew Lyons, Javier Guzman, Hernan Delgado, Justin Bravo, Michael Frazier, Blake Orlandos, Nicholas Graham, and Hector Vazquez, jointly and severally, to recover attorneys' fees and costs and post-judgment interest on the Court's attorneys' fees and costs awards in the following amounts, calculated from the date of the Court order setting Plaintiffs' entitlement to fees and costs (December 29, 2014) to November 21, 2018 at a rate of 0.27%:

| Award (Dkt. No.) | Interest | Total |
|---|---|---|
| $5,368,674.66 in attorneys' fees (Dkt. No. 720, 12/29/14) | $56,735.59 | $5,425,410.25 |
| $34,296.56 in costs (Dkt. No. 740, 4/28/15) | $362.44 | $34,659.00 |

| Award (Dkt. No.) | Interest | Total |
|---|---:|---:|
| $9,433.68 in attorneys' fees (Dkt. No. 749, 6/11/15) | $99.69 | $9,533.37 |
| $39,928.35 in costs (Dkt. No. 757, 11/12/15) | $421.96 | $40,350.31 |
| **TOTAL (including awards and interest):** | | $5,509,952.94 |

9. Judgment is hereby entered in favor of Plaintiffs Heriberto Rodriguez, Juan Carlos Sanchez, Erick Nunez, Carlos Flores, and Juan Trinidad against Defendants County of Los Angeles, Daniel Cruz, Christopher Blasnek, Michel McGrattan, Matthew Onhemus, Kelley Washington, Francisco Alonso, Clayton Stelter, Joseph Sanford, Alejandro Hernandez-Castanon, Adolph Esqueda, Matthew Thomas, Andrew Lyons, Javier Guzman, Hernan Delgado, Justin Bravo, Michael Frazier, Blake Orlandos, Nicholas Graham, and Hector Vazquez, jointly and severally, to recover attorneys' fees and costs on appeal in the amount of $825,000, by agreement of the parties.

10. All amounts set forth in this judgment are entered with interest thereon at the rate provided by law.

DATED: November 26, 2018  By: _____
HON. CONSUELO B. MARSHALL
United States District Judge